```
                   UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW JERSEY
```

----------------------------------
CLIFFSIDE PARK IMAGING &           Civil Action No.
DIAGNOSTIC CENTER                  12-5868 (WJM)

              Plaintiff,

v.                                 **O R D E R**

AETNA,

              Defendant.
----------------------------------

    A Report and Recommendation was filed on January 28, 2013 recommending that Plaintiff's Motion to Remand be granted; and the parties having been given notice that they had fourteen days to object to the Report and Recommendation pursuant to Local Rule 72.1(c)(2); no objection or responses having been received; and the Court having reviewed the Report and Recommendation <u>de novo</u>; and good cause appearing;

    It is on this 13th day of February, 2013

    **ORDERED** that the Report and Recommendation of Magistrate-Judge Mark Falk is hereby adopted as the Opinion of this Court; it is further

    **ORDERED** that this matter is **REMANDED** to the Superior Court of New Jersey.

                                       s/William J. Martini
                                       _____
                                       WILLIAM J. MARTINI, U.S.D.J.